UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-21733-CIV-JLK

ROBERTO ALFONSO and all others )
similarly situated under 29 U.S.C. 216(b), )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff, )
　　vs. )
　　　　　　　　　　　　　　　　　　　　　)
BEACH TYREX LLC, )
YOSSEL BRUK, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants. )
_____ )

**PLAINTIFF'S STATEMENT OF CLAIM**

　　　　Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Half-Time Overtime Claim (11/10/13-5/6/15):**
Amount of half time per hour not compensated: $6
Weeks: 77
Overtime hours per week: 17.5
Total wages unpaid and liquidated damages: $8,085 X 2 = $16,170

Fees/costs:
J.H. Zidell, Esq.: 1.5 hour X 350 hr = $525
K. David Kelly, Esq.: .7 hour X 325 hr = $227.50
Rivkah Jaff, Esq.:  .6 hour X 225 hr = $135
Costs: $540

*Plaintiff seeks all fees and costs under the FLSA.
** Plaintiff reserves the right to seek time and one-half overtime damages for any completely unpaid overtime hours, should the facts adduced in discovery justify same.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 5/11/15 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**